[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14845

_____

D.C. Docket No. 1:13-cv-00541-ODE

DERRICK COWAN,

Plaintiff-Appellant,

versus

FIRST COMMUNITIES MANAGEMENT, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(July 20, 2015)

Before ED CARNES, Chief Judge, ROSENBAUM, Circuit Judge, and SMITH,[*]
District Judge.

PER CURIAM:

_____

[*] Honorable C. Lynwood Smith, Jr., United States District Judge for the Northern District of
Alabama, sitting by designation.

We have read and carefully considered the briefs and the relevant parts of the record, heard oral argument, and conferred about this case.  Having done so, we conclude that the district court's judgment is due to be affirmed for the reasons set out in the district court's order to which we have nothing to add.

**AFFIRMED.**